E-FILED; Montgomery Circuit Court
Docket: 11/25/2025 12:43 PM; Submission: 11/25/2025 12:43 PM
Envelope: 23989905

| | | |
|---|---|---|
| **LINDA KIBUNJA** | * | **IN THE** |
| ***Plaintiff,*** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **BURLINGTON STORES, INC., *et al.*** | * | **MONTGOMERY COUNTY** |
| ***Defendants*.** | * | **CASE NO.: C-15-CV-25-005940** |

***  *  *  *  *  *  *  *  *  *  *  *  ***

**JOINT STIPULATION OF DISMISSAL OF BURLINGTON STORES, INC. ONLY WITHOUT PREJUDICE**

The parties, by and through their respective undersigned counsel hereby DISMISS BURLINGTON STORES, INC. ONLY in the above-captioned action WITHOUT PREJUDICE. Plaintiff's claims against BURLINGTON COAT FACTORY WAREHOUSE CORPORATION shall remain.

Respectfully submitted,

*/s/ James W. Taglieri (with permission)*
James W. Taglieri, Esq. (7512010313)
Cadeaux Taglieri & Notarius, P.C.
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036
240-785-3373
Jim.t@cadotag.com
*Attorney for Plaintiff*

*/s/ Leah R. Dotter*
Andrew T. Stephenson, Esq. (0006210412)
Leah R. Dotter, Esq. (2311281093)
Franklin & Prokopik, P.C.
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
410-752-8700 (Telephone)
410-752-6868 (Facsimile)
astephenson@fandpnet.com
ldotter@fandpnet.com
*Attorney for Defendant Burlington Coat Factory Warehouse Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of November 2025, a copy of the foregoing Joint Stipulation of Dismissal of Burlington Stores, Inc. Only was served via MDEC and emailed to:

James W. Taglieri, Esq.
Cadeaux Taglieri & Notarius, P.C.
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036
Jim.t@cadotag.com
*Attorney for Plaintiff*

*/s/ Leah R. Dotter*
Leah R. Dotter